UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :

                            :         CRIMINAL NO. 08-250 (KSH)

v.   :

TYSHAWN WASHINGTON   :

ORDER APPOINTING COUNSEL

This matter having been opened to the Court upon the request of the Defendant, Tyshawn Washington, through his prospective appointed attorney, Louise Arkel, Esq., Research and Writing Attorney, for an Order by the Court appointing counsel in Mr. Washington's 18 U.S.C. § 3582(c)(2) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 20th day of October, 2011 that Louise Arkel, Esq., Research and Writing Attorney is appointed to represent Tyshawn Washington in this matter.

And it is so Ordered.

_____
HONORABLE KATHARINE S. HAYDEN
Senior United States District Court Judge